■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DENNIS CHESNER, Appellant, v WARDEN, OTIS BANTUM CORRECTIONAL CENTER et al., Respondents. [895 NYS2d 816]—

Order, Supreme Court, Bronx County (Analisa Torres, J.), entered May 21, 2009, which denied petitioner's application for a writ of habeas corpus and dismissed the petition, unanimously affirmed, without costs.

Petitioner's preliminary parole revocation hearing was commenced within 15 days after execution of the warrant (Executive Law § 259-i [3] [c] [i]) and briefly adjourned, without objection, for legitimate reasons. Thus, there was no violation of the 15-day time limit (*see People ex rel. Morant v Warden, Rikers Is.*, 35 AD3d 208 [2006], *lv denied* 8 NY3d 809 [2007]; *Matter of Emmick v Enders*, 107 AD2d 1066 [1985], *appeal dismissed* 65 NY2d 1050 [1985]).

Further, petitioner waived his objection to the timeliness of the hearing by failing to object to the adjournment and failing to show that he was prejudiced by it (*see People ex rel. Morant v*

*Warden, Rikers Is.* 35 AD3d 208 [2006]). Concur—Tom, J.P., Sweeny, Catterson, Moskowitz and DeGrasse, JJ.